PATRICK D. MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
CASTILLO, MORIARTY, TRAN & ROBINSON
75 Southgate Avenue
Daly City, CA 94015
Telephone:     (415) 213-4098

Attorneys for Defendants
CITY OF ANTIOCH, OFFICER J. EWART and OFFICER M. MELLONE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN WADE, an individual<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ANTIOCH, OFFICER M. MELLONE, OFFICER J. EWART, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 4:23-cv-01130-DMR<br><br>**PROOF OF SERVICE**<br><br>Hon. Donna M. Ryu |

///
///
///
///
///
///
///
///
///

PROOF OF SERVICE
*Wade vs. City of Antioch, et al.,*
Case No. 4:23-cv-01130-DMR

I am a resident of the State of California, over 18 years of age and not a party to the within action. I am employed in the County of San Mateo; my business address is: 75 Southgate Avenue, Daly City, California 94015. On September 12, 2023, I served the within:

- **JOINT INITIAL CASE MANAGEMENT STATEMENT**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

Kathryn Wade
2112 Meredith Way
Antioch, CA 94509

*Plaintiff, In Pro Per*

☒ **By United States Mail:** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope/package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing documents for mailing. On the same day that the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Daly City, California.

☒ **(FEDERAL)** I declare under the laws of the United States of America that I am employed in the office of a member of the Bar of this court at whose direction the service was made and that the foregoing is true and correct.

Executed on September 12, 2023, at Daly City, California.

*/s/Kelly Karpenske*
Kelly Karpenske