1  JORGE DENEVE (S.B. #198855)
   jdeneve@omm.com
2  O'MELVENY & MYERS LLP
   400 South Hope Street 18th Floor
3  Los Angeles, California 90071-2899
   Telephone: (213) 430-6000
4  Facsimile: (213) 430-6407

5  RAMON RAMIREZ (S.B. #280772)
   rramirez@omm.com
6  ENOCH O. AJAYI (S.B. #337392)
   eajayi@omm.com
7  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
8  Menlo Park, California 94025-7019
   Telephone:    +1 650 473 2600
9  Facsimile:    +1 650 473 2601

10 Attorneys for Plaintiff
   Kathryn Wade

11

12 (*Additional Counsel Listed on the
   Following Page*)

13

                    UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                        OAKLAND DIVISION

16

17 KATHRYN WADE,                      Case No. 4:23-CV-01130-DMR

18            Plaintiff,              **JOINT STIPULATION AND
                                      ORDER EXTENDING DEADLINE
19      v.                            TO SEEK LEAVE TO AMEND THE
                                      PLEADINGS**
20 CITY OF ANTIOCH, OFFICER M.
21 MELLONE, OFFICER J. EWART, DOE
   OFFICERS 1-10, inclusive,
22            Defendants.             Judge:  Hon. Donna M. Ryu

23                                    Trial:  July 14, 2025

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PATRICK D. MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
CASTILLO, MORIARTY, TRAN & ROBINSON
75 Southgate Avenue Daly City, CA 94015
Telephone: (415) 213-4098

Attorneys for Defendants
CITY OF ANTIOCH and OFFICER MICHAEL MELLONE

CHESTER E. WALLS, State Bar No. 286398
cew@litg-engr.com
LITIGATION ENGINEERED
1300 E. Shaw Avenue, Suite 125
Fresno, CA  93710-7903
Telephone:  (559) 221-2771
Facsimile:  (559) 221-2775

Attorney for OFFICER JACOB EWART

JOINT STIPULATION AND ORDER
EXTENDING DEADLINE
CASE NO. 4:23-CV-01130-DMR

1        Pursuant to Civil Local Rule 7-12, Plaintiff Kathryn Wade ("Plaintiff"), on the one hand,

2  and Defendants City of Antioch, Officer Michael Mellone, and Officer J. Ewart (collectively,

3  "Defendants"), on the other hand, by and through their respective counsel, hereby stipulate as

4  follows:

5                        **RECITALS**

6        **WHEREAS**, on March 10, 2023, Plaintiff, representing herself, filed her Complaint (Dkt.

7  1), initiating this action;

8        **WHEREAS**, on April 17, 2023, the Court issued an order granting Plaintiff leave to

9  proceed in forma pauperis, finding the Complaint failed to state a claim upon which relief may be

10  granted, and granting Plaintiff leave to file an amended complaint (Dkt. 5);

11        **WHEREAS**, on June 12, 2023, Plaintiff, representing herself, filed a First Amended

12  Complaint (the "FAC," Dkt. 8);

13        **WHEREAS**, on July 21, 2023, Defendants filed their Answer to the FAC (Dkt. 14);

14        **WHEREAS**, on September 20, 2023, the Court held the Initial Case Management

15  Conference, during which Plaintiff informed the Court that she intended to consult with the Legal

16  Help Center and file a motion for appointment of counsel, and the Court set a Further Case

17  Management Conference for January 17, 2024 (Dkt. 18);

18        **WHEREAS**, on October 3, 2023, the Court, having found that Plaintiff had requested and

19  was in need of counsel to assist her in this action, entered an Order referring Plaintiff to the

20  Federal Pro Bono Project and staying proceedings pending appointment of counsel (Dkt. 22);

21        **WHEREAS**, on October 24, 2023, the Court entered an Order appointing the above-

22  identified attorneys from O'Melveny & Myers LLP as counsel for Plaintiff for all purposes for

23  the duration of this action (Dkt. 24);

24        **WHEREAS**, on January 17, 2024, the Court held a Further Case Management

25  Conference and set a deadline of April 16, 2024 for the Parties to seek leave to amend the

26  pleadings to add new parties, claims or defenses (Dkt. 29);

27        **WHEREAS**, Plaintiff intends to amend the FAC, has provided Defendants with a draft

28

JOINT STIPULATION AND ORDER
EXTENDING DEADLINE
CASE NO. 4:23-CV-01130-DMR

1  proposed Second Amended Complaint (the "Proposed SAC"), and the Parties are meeting and

2  conferring on the Proposed SAC; and

3       **WHEREAS**, having met and conferred, and to avoid unnecessary motion practice and

4  conserve the Court's and the Parties' resources, the Parties wish to continue meeting and

5  conferring on Plaintiff's Proposed SAC and request that the Court enter an Order extending the

6  deadline to seek leave to amend the pleadings as set forth below.

7  **<u>STIPULATION</u>**

8       **NOW**, **THEREFORE**, the Parties, by and through their respective counsel, hereby

9  stipulate and agree as follows:

10       The deadline to seek leave to amend the pleadings to add new parties, claims or defenses

11  shall be extended from April 16, 2024 to May 3, 2024.

12

13       **IT IS SO STIPULATED**, through Counsel of Record.

14

15

16       Dated:  April 15, 2024          O'MELVENY & MYERS LLP
       JORGE DENEVE

17                             RAMON RAMIREZ
       ENOCH O. AJAYI

18

19                         By:    */s/ Jorge deNeve*

20                                Jorge deNeve
       *Attorneys for Plaintiff Kathryn Wade*

21

22

23

24

25

26

27

28

1

Dated:  April 15, 2024

CASTILLO, MORIARTY, TRAN & ROBINSON
2

PATRICK D. MORIARTY
JOHN B. ROBINSON
3

4

5

By:      /s/ John R. Robinson

John R. Robinson
6

*Attorneys for Defendants City of Antioch and Officer M. Mellone*
7

8

9

Dated:  April 15, 2024

LITIGATION ENGINEERED
CHESTER E. WALLS
10

11

12

By:      /s/ Chester E. Walls

Chester E. Walls
13

*Attorneys for Defendant Officer J. Ewart*
14

15

**ATTESTATION**
16

Pursuant to Civil Local Rule 5-1(i)(3), I attest that the other signatories hereto, on whose
17

behalf this filing is submitted, concur in the filing of this document.
18

19

Dated:  April 15, 2024

/s/ Jorge deNeve

Jorge deNeve
20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

The above stipulation having been considered and good cause appearing, THE COURT

ORDERS AS FOLLOWS:

The deadline to seek leave to amend the pleadings to add new parties, claims or defenses

is extended to May 3, 2024.


**PURSUANT TO STIPULATION, IT IS SO ORDERED**.


Dated:  <u>April 16, 2024</u>

IT IS SO ORDERED

Judge Donna M. Ryu

HON. DONNA M. RYU
CHIEF MAGISTRATE JUDGE

JOINT STIPULATION AND ORDER
EXTENDING DEADLINE
CASE NO. 4:23-CV-01130-DMR