1  J. JORGE DENEVE (S.B. #198855)
   jdeneve@omm.com
2  O'MELVENY & MYERS LLP
   400 South Hope Street 18th Floor
3  Los Angeles, California 90071-2899
   Telephone: (213) 430-6000
4  Facsimile: (213) 430-6407

5  RAMON RAMIREZ (S.B. #280772)
   rramirez@omm.com
6  ENOCH O. AJAYI (S.B. #337392)
   eajayi@omm.com
7  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
8  Menlo Park, California 94025-7019
   Telephone:    +1 650 473 2600
9  Facsimile:    +1 650 473 2601

10 Attorneys for Plaintiff
   Kathryn Wade

11

12 (*Additional Counsel Listed on the
   Following Page*)

13
                    **UNITED STATES DISTRICT COURT**
14
                   **NORTHERN DISTRICT OF CALIFORNIA**
15
                          **OAKLAND DIVISION**
16

17
   KATHRYN WADE,                        Case No. 4:23-CV-01130-DMR
18
                    Plaintiff,          **JOINT STIPULATION AND**
19                                       **ORDER TO EXTEND DEADLINE**
        v.                               **FOR PLAINTIFF TO FILE**
20                                       **OPPOSITION TO DEFENDANTS'**
   CITY OF ANTIOCH, OFFICER M.          **MOTION TO DISMISS**
21 MELLONE, OFFICER J. EWART, DOE
   OFFICERS 1-10, inclusive,
22
                    Defendants.
23                                       Judge:  Hon. Donna M. Ryu
                                         Hearing Date: August 22, 2024
24                                       Time: 1:00 p.m.

25                                       Trial:  None Set

26

27
                                         JOINT STIPULATION AND ORDER TO
28                                       EXTEND DEADLINE FOR
                                 - 1 -   PLAINTIFF TO FILE OPPOSITION TO
                                         DEFENDANTS' MOTION TO DISMISS
                                         CASE NO. 4:23-CV-01130-DMR

1  PATRICK D. MORIARTY, State Bar No. 213185
   pmoriarty@cmtrlaw.com
2  JOHN B. ROBINSON, State Bar No. 297065
   jrobinson@cmtrlaw.com
3  EDWARD VIERA-DUCEY, State Bar. No. 251405
   Evieira-ducey@cmtrlaw.com
4  CASTILLO, MORIARTY, TRAN & ROBINSON
   75 Southgate Avenue Daly City, CA 94015
5  Telephone: (415) 213-4098
6
7  Attorneys for Defendants
   CITY OF ANTIOCH and OFFICER MICHAEL
8  MELLONE
9
   CHESTER E. WALLS, State Bar No. 286398
10 cew@litg-engr.com
   LITIGATION ENGINEERED
11 1300 E. Shaw Avenue, Suite 125
   Fresno, CA  93710-7903
12 Telephone:  (559) 221-2771
   Facsimile:  (559) 221-2775
13
14 Attorney for OFFICER JACOB EWART
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

1   Plaintiff Kathryn Wade ("Plaintiff") and Defendants City of Antioch, Officer Michael

2   Mellone, and Officer J. Ewart (collectively, "Defendants"), by and through their respective

3   counsel, hereby stipulate, pursuant to Federal Rule of Civil Procedure 15(a)(2) and Civil Local

4   Rule 7-12, as follows:

5   **RECITALS**

6   **WHEREAS**, Plaintiff filed her Second Amended Complaint in the above-captioned

7   action on May 13, 2024;

8   **WHEREAS**, Defendants filed their Motion to Dismiss portions of Plaintiff's Second

9   Amended Complaint on June 17, 2024; and

10   **WHEREAS**, the deadline by which Plaintiff must answer or otherwise respond to the

11   Motion to Dismiss is currently July 1, 2014;

12   **WHEREAS**, Plaintiff requested an extension to July 22, 2024 to file her opposition to the

13   Motion to Dismiss because of her counsel's conflicting professional obligations, and Defendants

14   agreed to the extension;

15   **WHEREAS**, if Plaintiff is allowed to file her opposition on July 22, 2024, the parties

16   agree that Defendants will file a reply no later than August 5, 2024; and

17   **WHEREAS**, such an extension would not affect the hearing date, which is set for August

18   22, 2024, for the Motion to Dismiss;

19

20   **STIPULATION**

21   **NOW**, **THEREFORE**, it is hereby agreed to and stipulated by Plaintiff and Defendants,

22   through their respective counsel of record and subject to Court approval, as follows:

23   1.    Plaintiff shall file any opposition to Defendants' Motion to Dismiss portions of

24   Plaintiff's Second Amended Complaint on or before July 22, 2024.

25   2.    Defendants shall file any reply to Plaintiff's Opposition to the Motion to Dismiss

26   portions of Plaintiff's Second Amended Complaint on or before August 5, 2024.

27

28

- 3 -

JOINT STIPULATION AND ORDER
TO EXTEND DEADLINE FOR
PLAINTIFF TO FILE OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS
CASE NO. 4:23-CV-01130-DMR

3.     The hearing date for Defendants' Motion to Dismiss shall remain August 22, 2024.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated:  June 21, 2024                       O'MELVENY & MYERS LLP
                                            JORGE DENEVE
                                            RAMON RAMIREZ
                                            ENOCH O. AJAYI


                                            By:     */s/ Jorge deNeve*
                                                        J. Jorge deNeve
                                            *Attorneys for Plaintiff Kathryn Wade*


Dated:  June 21, 2024                       CASTILLO, MORIARTY, TRAN &
                                            ROBINSON
                                            PATRICK D. MORIARTY
                                            JOHN B. ROBINSON


                                            By:     */s/  John B. Robinson*
                                                        John B. Robinson
                                            *Attorneys for Defendants City of Antioch and*
                                            *Officer M. Mellone*


Dated:  June 21, 2024                       LITIGATION ENGINEERED
                                            CHESTER E. WALLS


                                            By:     */s/ Chester E. Walls*
                                                        Chester E. Walls
                                            *Attorneys for Defendant Officer J. Ewart*


### ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that the other signatories hereto, on whose behalf this filing is submitted, concur in the filing of this document.

Dated:  June 21, 2024                       */s/ Jorge deNeve*
                                            J. Jorge deNeve

JOINT STIPULATION AND ORDER
TO EXTEND DEADLINE FOR
PLAINTIFF TO FILE OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS
CASE NO. 4:23-CV-01130-DMR

**ORDER (AS MODIFIED)**

Pursuant to stipulation, the Court ORDERS:

1.  Plaintiff shall file any opposition to Defendants' Motion to Dismiss on or before July 22, 2024.

2.  Defendants shall file any reply to Plaintiff's Opposition to the Motion to Dismiss on or before August 5, 2024.

3.  The hearing date for Defendants' Motion to Dismiss shall remain in August 22, 2024 at 1:00 p.m. in Oakland, by Videoconference.

**IT IS SO ORDERED**.

Dated:   June 25, 2024

DONNA M. RYU
CHIEF MAGISTRATE JUDGE

JOINT STIPULATION AND [PROPOSED]
ORDER TO EXTEND DEADLINE FOR
PLAINTIFF TO FILE OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS
CASE NO. 4:23-CV-01130-DMR