UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### SETTLEMENT CONFERENCE MINUTES

| **Date:** 11/15/2024 | **Time:** 10:00am – 4:10pm | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.**: 23-cv-01130-DMR (KAW) | **Case Name:** Wade v. Antioch Police Department et al. ||

**For Plaintiff:**
Attorneys Enoch Ajayi and Ramon Ramirez with Plaintiff Katherine Wade

**For Defendants City of Antioch & Officer Mellone:** Attorney John Robinson with Thomas Smith Attorney with city of Antioch, Amanda Griffith – Litigation Manager at Sedwick, Linh Andren – Senior Claims Adjuster at the Municipal Pooling Authority

**For Defendant Officer J. Ewart:** Attorney Chester Walls

**Deputy Clerk:** William F. Tabunut          **Not Reported**

### PROCEEDINGS

In-person settlement conference held, matter reported not settled. Parties to continue settlement discussions.