# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## SETTLEMENT CONFERENCE MINUTES

| **Date:** 12/3/2024 | **Time:** 10:00am – 11:00am | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.:** 23-cv-01130-DMR (KAW) | **Case Name:** Wade v. Antioch Police Department et al. | |

**For Plaintiff:**
Attorneys Enoch Ajayi and Ramon Ramirez with Plaintiff Katherine Wade

**For Defendants City of Antioch & Officer Mellone:** Attorney John Robinson with Thomas Smith Attorney with city of Antioch, Amanda Griffith – Litigation Manager at Sedwick, Linh Andren – Senior Claims Adjuster at the Municipal Pooling Authority

**For Defendant Officer J. Ewart:** Attorney Chester Walls

 **Deputy Clerk:** William F. Tabunut                **Not Reported**


## PROCEEDINGS

Further settlement discussions held via email; parties agree to accept the Court's mediator's proposal, matter reported settled in principle.