JORGE DENEVE (S.B. #198855)
jdeneve@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street 18th Floor
Los Angeles, California 90071-2899
Telephone: (213) 430-6000

RAMON RAMIREZ (S.B. #280772)
rramirez@omm.com
ENOCH O. AJAYI (S.B. #337392)
eajayi@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone: +1 650 473 2600

Attorneys for Plaintiff
KATHRYN WADE

JOHN B. ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
CASTILLO, MORIARTY, TRAN & ROBINSON
75 Southgate Avenue
Daly City, CA 94015
Telephone:    (415) 213-4098

Attorneys for Defendants
CITY OF ANTIOCH and MICHAEL MELLONE

*(Additional counsel on next page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN WADE, an individual<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ANTIOCH et al.,<br><br>Defendants. | Case No. 4:23-cv-01130-DMR<br><br>**JOINT STATUS REPORT**<br><br>Hon. Donna M. Ryu |

1  CHESTER E. WALLS, State Bar No. 286398
   cew@litg-engr.com
2  LITIGATION ENGINEERED
   1300 E. Shaw Avenue, Suite 125
3  Fresno, CA  93710
   Telephone:      (559) 221-2775
4
   Attorney for Defendant
5  OFFICER J. EWART

1  Pursuant to the Court's Order dated December 10, 2024 (Dkt. 70), Plaintiff Kathryn Wade and Defendants City of Antioch, Michael Mellone, and Jacob Ewart (collectively, the "Parties), by and through their respective counsel, hereby submit this Joint Status Report:

The Parties have reach a settlement of the above-captioned action and memorializing the settlement in a long-form settlement agreement. The Parties anticipate that this action will be fully resolved and a dismissal with prejudice will be filed by February 15, 2025.

Respectfully submitted,

Dated:  December 27, 2024         O'MELVENY & MYERS LLP


By:   /s/ Jorge DeNeve
        JORGE DENEVE
        RAMON RAMIREZ
        ENOCH O. AJAYI
        Attorneys for Plaintiff
        KATHRYN WADE

Dated:  December 27, 2024         CASTILLO, MORIARTY,
                                  TRAN & ROBINSON, LLP


By:   /s/ John B. Robinson
        JOHN B. ROBINSON
        Attorneys for Defendants
        CITY OF ANTIOCH, and MICHAEL
        MELLONE

Dated:  December 27, 2024         LITIGATION ENGINEERED


By:   /s/ Chester E. Walls
        CHESTER E. WALLS
        Attorney for Defendant
        JACOB EWART

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 27, 2024     By:     */s/ Jorge DeNeve*
                                     JORGE DENEVE